UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA FORT MYERS DIVISION

CIVIL ACTION

FILED
2022 AUG 15 PM 2:12
CLERK US...
MIDDLE...
FORT...FLORIDA

WILLIAM A GATES, JR
  PLAINTIFF
  ~~DEFENDANT~~

VS

CASE # 2:22CV496JLB-KCD

LEE COUNTY; LEE COUNTY COURT HOUSE; JAIL; CORE; STATES ATTORNEYS OFFICE; PUBLIC DEFENDERS OFFICE; (AND INDIVIDUALS FMPD; CCPD; LCSO; HANDY WITHIN) FOOD MART; SHOCES BAR AND GRILL; ZOELLY MERCADO
  DEFENDANTS

COMPLAINT

(PRO SE CONFINED LITIGANT)

JURY DEMAND?
☑ YES
☐ NO

## 42 U.S.C. 1983 COMPLAINT

① ON 4/22/22, 23 OFFICERS OF THE LCSO CONSPIRED AND FORGED CRIME INCIDENTS AGAINST THE PLAINTIFF, INCARCERATING AND INJURING PLAINTIFFS GIRLFRIEND IN CASES 22-CF-015033 AND 22-MM-021407.

② ON 2/14/22 9 OFFICERS OF THE LCSO ILLEGALLY DETAINED AND ARRESTED PLAINTIFF AND MACED HIM OVER AND OVER AGAIN, IN CASE NUMBER 22-MM-020582.

③ ON OR ABOUT 3/14/22 OFFICERS OF THE LCSO AND STATE TROOPER FATLY CLAIMED AN INCIDENT AGAINST PLAINTIFF ALTHOUGH THE COMPLAINER PLED THE SCENE.

④ DURING THE ABOVE INCIDENTS THE JAIL FACILITY INTERFERED WITH PLAINTIFFS LEGAL PURSUITS THROWING AWAY MAIL, NOT ALLOWING LEGAL MATERIALS, THE CLERIC OF

COURTS REJECTED FILINGS AND THE JUDGES INTERFERED WITH RIGHTS MOTIONS AND DUE PROCESS.

⑤ JANUARY 29th 2022 ~~ATTORNEY MAY OR~~ LCSO, ~~ACTION~~, Reilly Mercado and Judges of this county COURTS AGAIN DISREGUARDED LEGAL MATERIAL, DUE PROCESS, AND LEGAL RIGHTS TO DENY ATTORNEYS AND OTHER RIGHTS TO INCARCERATE AND SENTENCE PLAINTIFF ILLEGALLY.

⑥ MAY 2019 THE JAIL, COPS, JUDGES AND OFFICERS OF THE LCSO AGAIN CREATED CRIME INCIDENTS TO INCARCERATE AND VIOLATE PLAINTIFFS RIGHTS AND ABILITIES.

⑦ AUGUST 2nd, 2016 PLAINTIFF WAS ILLEGALLY PURSUED BY OFFICERS OF THE LCSO WHERE HE SUSTAINED A BROKEN ARM A TORTICULOS VERTEBRAE AND WAS FALSELY BACKSEATED.

⑧ NOVEMBER 5th 2014 PLAINTIFF WAS ILLEGALLY STOPPED, Judge Adams allowed The OFFICER TO LIE ON THE STAND AND PLAINTIFF SUFFERED 2 DVI's FOR ONE

⑨ 2001, 2011, 2012, 2012, 2010 AND 2009 PLAINTIFF SUFFERED THE SAME INJURIES BY THE SAME DEFENDANTS WHICH WAS FILED LOCALLY IN CASE 12-CA-003424 AND EVERY EFFORT WAS THWARTED BY LOCAL ENTITIES AND RESOURCES THEN AND TO DATE.

⑩ PLAINTIFF HAS SUFFERED INJURY AND LOSS IN THE FORM OF JOBS, HOME, 4 VEHICLES, 2 BUSINESS UNKNOWN AMOUNT OF BUSINESS PROPERTY, 2 CHILDREN, TAX DEBT, CHILDSUPPORT DEBT AND CREDIT DEBT, 2 EDUCATIONAL DEGREES OVER 6 YEARS OF INCARCERATION, BROKEN ARM, LARGE AMOUNT OF ILLEGAL CHARGES

Plaintiff's girlfriend was injured, home damages made to incur on continuous fear and paranoia, false diagnoses of delusional disorder and schizophrenia, violations of due process, rights to freedom of speech, rights to access the courts, access to law materials, to be free from illegal search and seizure and life and liberty. Plaintiff has also been silenced by county resources and request an exception to statute of limitations rules to either extend, or suspend such considering the abilities of defendant entities and the continuous attempts.

(a) Plaintiff seeks monetary relief of the maximum allowed per individual and individual entity; punitive maximum allowed per entity and individual; injunctive record expunged or sealed, restraining order on each individual, executive and declaratory relief.

I hereby certify that a true and correct copy has been served on each individual to date, and that this information within is true and accurate to the best of my knowledge and belief this 9th day of August 2022.

William A Gates Jr
[signature]
2115 Mlk Blvd
Fort Myers, Fl 33907
ID# 205334  B# 957442
Pro-se Litigant